UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, et al.,<br><br>        Defendant(s). | Case No. 2:15-cv-00691-JCM-NJK<br><br>ORDER<br><br>(Docket No. 24) |

Pending before the Court is the parties' proposed discovery plan, Docket No. 24, which is hereby **DENIED** without prejudice. First, the parties seek more than the presumptively reasonable 180-day discovery period, but the request for additional time appears to be based on a misunderstanding. One of the reasons provided for the special scheduling review is "the court's informal stay and certification of a question to the Nevada Supreme Court." Docket No. 24, at 2. There is, however, no such motion to certify a question of law in this case. *See* Docket. Therefore, this is an insufficient reason to allow for a longer discovery period.

Second, the parties fail to state the date the first defendant answered or otherwise appeared. *See* Local Rule 26-1(e)(1); Docket No. 24, at 2. Third, the parties incorrectly calculate the number of days for discovery from the filing of the proposed discovery plan, when the period must be calculated from the date the first defendant answers or otherwise appears. *See* Local Rule 26-1(e)(1). The parties shall file a proper proposed discovery plan no later than July 28, 2015.

IT IS SO ORDERED.

DATED: July 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge