UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-cv-00691-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 42) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for protective order, filed on an emergency basis. Docket No. 42. The motion relates to a deposition scheduled for March 10, 2016. *Id.* at 1. The Court **ORDERS** that a response must be filed no later than March 4, 2016, and any reply must be filed no later than March 7, 2016.

IT IS SO ORDERED.

DATED: March 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge