**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,     )
            )  Case No. 2:15-cv-00691-JCM-NJK
    Plaintiff(s),   )
            )  **ORDER**
v.            )
            )  (Docket No. 42)
SFR INVESTMENTS POOL 1, LLC, et al., )
            )
    Defendant(s).  )
            )

   Pending before the Court is Plaintiff's emergency motion for protective order.  Docket No. 42. The Court **SETS** a hearing on the motion for protective order for 1:00 p.m. on March 14, 2016, in Courtroom 3D.

   IT IS SO ORDERED.

   DATED: March 9, 2016

             _____
             Nancy J. Koppe
             United States Magistrate Judge