# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-cv-00691-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 51) |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant SFR Investments Pool 1, LLC's motion to withdraw document. Docket No. 51. For good cause shown, Defendant's motion to withdraw document (Docket No. 51) is hereby **GRANTED** and Defendant's filing at Docket No. 50 is hereby deemed **WITHDRAWN**.

IT IS SO ORDERED.

DATED: March 21, 2016

_____
Nancy J. Koppe
United States Magistrate Judge