1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  BRETT M. COOMBS, ESQ.
   Nevada Bar No. 12570
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, NV 89144
   Telephone:  (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email:  darren.brenner@akerman.com
6             brett.coombs@akerman.com

7  *Attorneys for Plaintiff and Counterclaim
   Defendant Bank of America, N.A.*
8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11

12 | BANK OF AMERICA, N.A. | Case No.: 2:15-cv-00691-JCM-NJK |

13 |         Plaintiff, |

14 | vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |

15 | SFR INVESTMENTS POOL 1 LLC; MESA VERDE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, |

16 |

17 |         Defendants. |

18

19     Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), by and through its counsel of

20 record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with

21 the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF

22 service list.

23 //

24 //

25 //

26 //

27 //

28 //

                                          1

Akerman LLP will continue to represent **BANA** and requests that Darren T. Brenner, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 12th day of September, 2016.

**AKERMAN LLP**

*/s/ Bret T. Coombs.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Email:  darren.brenner@akerman.com
             brett.coombs@akerman.com

*Attorneys for Plaintiff and Counterclaim Defendant Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated this  13th  day of September, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 12th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

| | |
|---|---|
| Howard C. Kim, Esq.<br>Diana Cline Ebron, Esq.<br>Jacqueline A. Gilbert, Esq.<br>KIM GILBERT EBRON<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada  89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | Joseph P. Garin, Esq.<br>Siria L. Gutierrez, Esq.<br>LIPSON NEILSON COLE SELTZER & GARIN, P.C.<br>9990 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada  89144<br><br>*Attorneys for Mesa Verde Homeowners Association* |

*/s/ Carla Llarena*
An employee of AKERMAN LLP